JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL EVANS,<br><br>   Petitioner,<br><br> v.<br><br>JOSIE GASTELO, Warden,<br><br>   Respondent. | Case No. ED CV 17-02551 JAK(MAA)<br><br>**JUDGMENT** |

  Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

  IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: September 4, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE